UNITED STATES DISTRICT COURT

for the

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Iskream, Inc. | ) | |
|       Plaintiff | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Sunland, Inc. | ) | Docket No. 3:13-cv-00356 |
|       Defendant | ) | |

**COMPLAINT**

**A.   PARTIES**

1. The plaintiff Iskream, Inc. is a corporation incorporated under the laws of the State Connecticut with its principal place of business at 88 Ryders Landing, Stratford, Connecticut 06614.

2. The defendant Sunland, Inc. is a corporation incorporated under the laws of the State of New Mexico with its principal place of business at 42593 US Highway 70, Portales, New Mexico 88130.

**B.   JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship and the amount in controversy exceeds the sum of $ 75,000 exclusive of jurisdiction and costs.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391 (a) as, inter alia, a substantial part of the events giving rise to this action occurred in this district.

## C. NATURE OF THE CASE

5. The defendant sells peanuts, peanut butter, nut butters and peanut products. The plaintiff manufactures ice cream. The plaintiff ordered certain peanut products from the defendant, (the "Peanut Product") which was incorporated into one of its ice cream products. After an investigation by the Food and Drug Administration, ("FDA") the defendant's Peanut Product was subject to a voluntary recall for Salmonella contamination. The plaintiff's ice cream product that contained the Peanut Product was, therefore, recalled.

## D. CAUSES OF ACTION

### I. Breach of Contract

6. On February 23, 2012 and April 9, 2012, the plaintiff purchased ice cream blend Peanut Product from the defendant.

7. The defendant, pursuant to the FDA investigation, voluntarily recalled its Peanut Product found to be contaminated with Salmonella, the recall was expanded to include the plaintiff's ice cream product on October 17, 2012.

8. Considering the FDA investigation and the potential for a Salmonella outbreak, the plaintiff had to recall its ice cream product, incurring costs and fees from the plaintiff's distributors and retailers, damage to its reputation and lost profits.

9. The plaintiff gave reasonable notice of the breach to the defendant.

10. The defendant breached its contract with the plaintiff by selling and delivering to the plaintiff peanut product potentially contaminated with Salmonella.

11. As a result of the breach, the plaintiff suffered damages.

## II.	Breach of Warranty

12.	The defendant is a merchant of peanuts and peanut products.

13.	The Peanut Product sold to the plaintiff was not merchantable because the Food and Drug Administration caused them to be recalled as a result of Salmonella contamination.

14.	The plaintiff gave reasonable notice of the breach to the defendant.

15.	The defendant breached the warranty of merchantability of the peanut product sold to the plaintiff.

16.	The plaintiff suffered damages as a result of the breach of warranty.

## III.	Products Liability

17.	The defendant is in the business of selling Peanut Product.

18.	The Peanut Product sold by the defendant to the plaintiff was in an unreasonably dangerous, defective condition because of its potential contamination with Salmonella at the time of the sale to the plaintiff.

19.	The Peanut Product was expected to and did reach the plaintiff without substantial change in condition.

20.	The defect in the Peanut Product caused the plaintiff to suffer damages in connection with the recall of the defendant's Peanut Product.

### E. PRAYER FOR RELIEF

Wherefore, the plaintiff demands judgment against the defendant for:

1. Damages as a result of defendant's breach of contract;

2. Damages for defendant's breach of warranty;

3. Damages for losses under strict liability;

3. Interest and costs as allowed by law; and

4. Such other relief as this Court deems just and proper.


Date: March 12, 2013                                              ISKREAM, INC.


/s Peter D. Hershman, Esq.
Peter D. Hershman, Esq.
Its Attorney
Federal Bar No. CT08782
Hershman Legal Group, P.C.
One Church St.
New Haven, CT 06510
phershman@hershmanlegal.com
t: (203) 777-0001
f: (203) 752-0595