UNITED STATES DISTRICT COURT
for the DISTRICT OF CONNECTICUT

| | |
|---|---|
| Iskream, Inc. )  |  |
|       Plaintiff )  |  |
| ) |  |
|   v. ) |  |
| ) |  |
| Sunland, Inc. ) | Docket No. 3:13-cv-00356 |
|       Defendant ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

THE PLAINTIFF                                         THE DEFENDANT
Iskream, Inc.                                             Sunland, Inc.


By:___/s_____          By:___/s_____
    Joshua D. Hershman, Esq.                  John J. Doody, Esq.
    Federal Bar No. ct29243                         Federal Bar No.
    Hershman Legal Group, P.C.                  Lewis Brisbois Bisgaard & Smith LLP
    One Church Street                                  77 Water Street
    New Haven, CT 06510                           New York, NY 10005
    203-777-0001                                        212-232-1300
    jhershman@hershmanlegal.com          @lbbslaw.com
    Its Attorneys                                          Its Attorneys